IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA
Tulsa, Oklahoma

**FILED**

JUL 6 2011

Phil Lombardi, Clerk
U.S. DISTRICT COURT

John Ellis Pinkerton )
26508 )
South Red Oak Drive )
Afton, Ok. 74331 )
    Petitioner; ) **11 CV - 4 2 1 GKF  FHM**
 ) Cause No. _____
Vs: )
 )
Transportation Security Administration )
P. O. Box 8117 )
Fredericksburg, Va 22404-8117 ) PETITION FOR A
 ) DECLARATORY JUDGMENT
And, )
 )
United States Department of Justice )
Federal Bureau of Investigation )
Criminal Justice Information Services Division )
Clarksburg, WV 26306 )
 )
And )
 )
National Personnel Records Center )
Military Personnel Records )
9700 Page Avenue )
St. Louis, Mo 63132-5100 )
 )
And )
 )
United States of America, et al )
    Defendants; )

TO: THE HONORABLE JUDGE OF THE ABOVE NAMED COURT:

    Comes now, JOHN ELLIS PINKERTON, a citizen, by birth, of the United States of America, residing in the State of Oklahoma, and petitions this court for a declaration of his just and legal relations with the afore mentioned defendants. The defendant, Transportation Security Administration, has declared that the petitioner is a security risk to his country, stating that he is a convicted felon, having been convicted of 2nd degree murder, and have denied him otherwise available freedoms, rewards, and service to his country. This is not a true statement. The petitioner has never ever been charged with a felony crime, let alone convicted. Their response to any requests for reconsideration was that without a declaration from a court of legal jurisdiction they will not reverse their declaration of said risk. The petitioner was denied a Haz-mat endorsement on his commercial drivers license because of documents submitted by the defend FBI. They sent me a copy of those documents, and they are "false and malicious; slanderous and defamatory." The petitioner has sought proof of these allegations for the better part of Fifty (50) years and has not been able to obtain any

documentation that supports the allegations in the FBI files. How hard could it be to prove these allegations? The mentioned source of this information has not, and cannot, provide the petitioner with any legal proof of this information.

In August of 1998, after the petitioner's mother passed, he found a copy of some documents from the defendant National Personnel Records Center which also contains "false and malicious; slanderous and defamatory" statements. The petitioner has petitioned the United States Navy Board of Records Corrections about this matter, and they said the same thing that TSA (Transportation Security Administration) said. Without a ruling from a court of legal jurisdiction they will do nothing to correct his record. There again he is deprived of his rights and freedoms to serve his country. The petitioner maintains that he has never, in the seventy-three (73) years of his life, been charged with any felony offense, never been convicted of the same, and never been LEGALLY SENTENCED. All he seeks here is some proof of the "false and malicious, slanderous and defamatory" statements in these documents, or an order that they be either destroyed or sealed from public view. The petitioner has been confronted with arguments that statute limitation bar any action in this matter, but that is not true. These "false, malicious; slanderous and defamatory" statements are published, and readily available to anyone who asks for them, and every time they are used against him, it constitutes a new slander. The first time was in 1957 by the United States Navy on document DD214, line 11-C Reason and Authority. The reason stated there is not true. Then again in April, 2008 by the TSA (petitioner lost his job with Landstar trucking co.); and then just a few months ago, in Jay, Ok. by the school superintendent; (less than Two (2) years). The petitioner lost his job this last time. The petitioner has since then been trying to get this matter corrected. Repeated requests to the authorities of the State of Washington, who are the originators of these (false, malicious, slanderous, and defamatory) statements, are met with a refusal to even respond to the petitioner. This court action is taken for that purpose. It is really just a matter of someone producing a LEGAL court record that proves the statements. The petitioner has not been able to get such a document in over Fifty (50) years of trying. If any of the defendants can do it, the petitioner will be happy to pay any cost incurred by this action. Please note the word "LEGAL" in this petition. This action is not frivolous or without merit, as the petitioner is deprived of numerous privileges and advantages because of these documents.

### Jurisdiction

**"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances." (US CONSTITUTION; AMENDMENT I)**

"a) In a case of actual controversy within its jurisdiction ... any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and

effect of a final judgment or decree and shall be reviewable as such." (USC TITLE 28; SECTION 2201)

"Further necessary or proper relief based on a declaratory judgment or decree may be granted, after reasonable notice and hearing, against any adverse party whose rights have been determined by such judgment." (USC TITLE 28; SECTION 2202)

PRAYER FOR JUDGEMENT

In the event that the defendants cannot provide this proof, and Legal documents, the petitioner, under provision of Title 28, Section 2202, prays this court for the following judgment: "THAT IN LIGHT OF THE EVIDENCE PRESENTED, THE LEGAL RELATIONSHIP BETWEEN THE PETITIONER AND THE UNITED STATES OF AMERICA, AND ANY AND ALL JURISDICTIONS AND AUTHORITIES THAT COME UNDER THE PERAMITER OF THE UNITED STATES CONSTITUTION IS THAT OF A FREE BORN CITIZEN WHO HAS NEVER BEEN CHARGED NOR CONVICTED OF A FELONY CRIME" and that therefore any statement to the contrary is declared "false and malicious; slanderous and defamatory" and those making those statements shall be held liable to the petitioner for:

1: The loss of his military career and associated benefits;
2: The physical and mental humiliation caused by those involved in this "slander and defamation";
3: The loss of his job as an authorized driver with Landstar, of Jacksonville, Fla.;
4: The loss of his job with the Boys & Girls Club, Jay, Ok.;

To the amount of Six Million Five Hundred Thousand Dollars ($6,500,000) to be paid in United States Currency within Six (6) months of the final judgment of this court, or incur One Percent (1%) interest compounded monthly on the unpaid balance. That the petitioner's discharge is declared void; that he be returned to duty; and discharged after 48 years of service, and compensated for the loss of veteran benefits for the past eight (8) years. That he be given the right to haz-mat endorsement on his CDL (in the absence of any other cause for denial). And that whoever is determined, by this court, to be the originator of these "false, malicious, slanderous and defamatory" statements and publications be held liable to all the other parties in this action.

RESPECTFULLY PETITIONED AND FILED
*[signature]*
JOHN ELLIS PINKERTON, pro se
26508 South Red Oak Dr.
Afton, Ok. 74331
Cell Ph. 918-314-3645

SUBSCRIBED and sworn to before me this 29th day of June, 20011.

*[signature]*
Notary Public

Criminal Justice Department Rap-sheet

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

USHAZ000Z                    ICN E20080770000000106494

TCN CHB10595673
AGENCY CASE OK082248090

THE FBI IDENTIFIED YOUR TEN-PRINT SUBMISSION WHICH CONTAINED
THE FOLLOWING DESCRIPTORS:

NAME PINKERTON,JOHN ELLIS
DATE ARRESTED/FINGERPRINTED 2008/03/17

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| M | W | 1937/08/10 | 506 | 165 | BLUE | BROWN |

STATE ID    BIRTH PLACE
            WASHINGTON STATE

CITIZENSHIP
UNITED STATES

| OTHER BIRTH DATES | SCARS-MARKS-TATTOOS | SOCIAL SECURITY | MISC NUMBERS |
|---|---|---|---|
| NONE | NONE | ■■■■ | NONE |

ALIAS NAME(S)
PINKERTON,JOHN ELLIS

END OF COVER SHEET

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

*Exhibit "a"*

CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

USHAZ000Z                    ICN E2008077000000106494

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

THIS RECORD IS SUBJECT TO THE
FOLLOWING USE AND DISSEMINATION RESTRICTIONS

UNDER PROVISIONS SET FORTH IN TITLE 28, CODE OF FEDERAL REGULATIONS (CFR), SECTION 50.12, BOTH GOVERNMENTAL AND NONGOVERNMENTAL ENTITIES AUTHORIZED TO SUBMIT FINGERPRINTS AND RECEIVE FBI IDENTIFICATION RECORDS MUST NOTIFY THE INDIVIDUALS FINGERPRINTED THAT THE FINGERPRINTS WILL BE USED TO CHECK THE CRIMINAL HISTORY RECORDS OF THE FBI. IDENTIFICATION RECORDS OBTAINED FROM THE FBI MAY BE USED SOLELY FOR THE PURPOSE REQUESTED AND MAY NOT BE DISSEMINATED OUTSIDE THE RECEIVING DEPARTMENT, RELATED AGENCY OR OTHER AUTHORIZED ENTITY. IF THE INFORMATION ON THE RECORD IS USED TO DISQUALIFY AN APPLICANT, THE OFFICIAL MAKING THE DETERMINATION OF SUITABILITY FOR LICENSING OR EMPLOYMENT SHALL PROVIDE THE APPLICANT THE OPPORTUNITY TO COMPLETE, OR CHALLENGE THE ACCURACY OF, THE INFORMATION CONTAINED IN THE FBI IDENTIFICATION RECORD. THE DECIDING OFFICIAL SHOULD NOT DENY THE LICENSE OR EMPLOYMENT BASED ON THE INFORMATION IN THE RECORD UNTIL THE APPLICANT HAS BEEN AFFORDED A REASONABLE TIME TO CORRECT OR COMPLETE THE INFORMATION, OR HAS DECLINED TO DO SO. AN INDIVIDUAL SHOULD BE PRESUMED NOT GUILTY OF ANY CHARGE/ARREST FOR WHICH THERE IS NO FINAL DISPOSITION STATED ON THE RECORD OR OTHERWISE DETERMINED. IF THE APPLICANT WISHES TO CORRECT THE RECORD AS IT APPEARS IN THE FBI'S CJIS DIVISION RECORDS SYSTEM, THE APPLICANT SHOULD BE ADVISED THAT THE PROCEDURES TO CHANGE, CORRECT OR UPDATE THE RECORD ARE SET FORTH IN TITLE 28, CFR, SECTION 16.34.

- FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                  FBI NO.    DATE REQUESTED
PINKERTON,JOHN ELLIS  517072C    2008/03/24

SEX RACE BIRTH DATE HEIGHT WEIGHT EYES HAIR
M   W    1937/08/10  505    170    BLU  BRO

BIRTH PLACE
WASHINGTON STATE

*Exhibit "A"*

FINGERPRINT CLASS  PATTERN CLASS          CITIZENSHIP
28 59 17 PM 19    RS LS RS WU RS LS WU LS LS LS   UNITED STATES
20 68 18 PI 14    WU        WU RS   WU
END OF PART 1 - PART 2 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

USHAZ000Z                ICN E20080770000000106494
PART 2

- FBI IDENTIFICATION RECORD - FBI NO-517072C

1-ARRESTED OR RECEIVED 1956/12/28
  AGENCY-SHERIFF'S OFFICE CHEHALIS (WA0210000)
   AGENCY CASE-12068
   CHARGE 1-MUR 1D

  COURT-
    CHARGE-2ND DEGREE MURDER
    SENTENCE-
    2-25-57 NMT 20 YRS WSP

2-ARRESTED OR RECEIVED 1957/03/01
  AGENCY-STATE REFORMATORY MONROE (WA031015C)
   AGENCY CASE-WSR17170
   CHARGE 1-MURDER IN THE 2ND DEGREE

  COURT-
    CHARGE-MURDER IN THE 2ND DEGREE
    SENTENCE-
    NMT 20 YRS SENTENCED 2-26-57 PAR: 7-24-61

3-ARRESTED OR RECEIVED 1962/03/13
  AGENCY-STATE REFORMATORY MONROE (WA031015C)
   AGENCY CASE-WSR117170
   CHARGE 1-PV, ON MURDER IN THE 2ND DEG

  COURT-
    CHARGE-PV, ON MURDER IN THE 2ND DEG
    SENTENCE-
    RETURNED

4-ARRESTED OR RECEIVED 1962/05/01

*Exhibit "a"*

AGENCY-STATE PENITENTIARY WALLA WALLA (WA036025C)
 AGENCY CASE-117170
 CHARGE 1-MURDER 2ND, PV

COURT-
 CHARGE-MURDER 2ND, PV
 SENTENCE-
 TRANS FROM WASH SREF, 0-20 YRS PAROLE 10-27-66


END OF PART 2 - PART 3 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

USHAZ000Z                    ICN E20080770000000106494
PART 3

- FBI IDENTIFICATION RECORD - FBI NO-517072C
RECORD UPDATED 2008/03/24

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW. IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

LEGEND: Insert N/A to the items below which are not applicable.

| | | | |
|---|---|---|---|
| **PERSONAL DATA** | | | |

**1. LAST NAME - FIRST NAME - MIDDLE NAME**
PINKERTON, John Ellis

**2. SERVICE NUMBER**
457 62 63

**3a. GRADE, RATE OR RANK**
EMFN

**b. DATE OF RANK (Day, Month)**
15 DEC 55

**4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS**
NAVY - USN

**5. PLACE OF BIRTH** (City and State or Country)
Shelton, Washington

**6. DATE OF BIRTH**
DAY 10   MONTH AUG   YEAR 37

**7a. RACE** CAU
**b. SEX** Male
**c. COLOR HAIR** Brown
**d. COLOR EYES** Blue
**e. HEIGHT** 65
**f. WEIGHT** 136
**8. U.S. CITIZEN** [X] YES [ ] NO
**9. MARITAL STATUS** SINGLE

**10a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED**
High School -01-

**b. MAJOR COURSE OR FIELD**
General

**11a. TYPE OF TRANSFER OR DISCHARGE**
Discharged

**b. STATION OR INSTALLATION AT WHICH EFFECTED**
U.S. Naval Receiving Station, Seattle, Washington

**c. REASON AND AUTHORITY**
Civil conviction
Code 263, Article C-10313 BuPers Manual

**d. EFFECTIVE DATE**
DAY 5   MONTH APR   YEAR 57

**12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND**
USS DIXIE AD14

**13a. CHARACTER OF SERVICE**
UNDER OTHER THAN HONORABLE CONDITIONS

**b. TYPE OF CERTIFICATE ISSUED**
DD258N

**14. SELECTIVE SERVICE NUMBER**
Not Registered

**15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE**
N/A

**16. DATE INDUCTED**
DAY   MONTH N/A   YEAR

**17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED**
Not applicable

**18. TERMINAL DATE OF RESERVE OBLIGATION**
Not applicable

**19. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION**
**a. SOURCE OF ENTRY**
[ ] ENLISTED (First Enlistment) [X] ENLISTED (Prior Service) [ ] REENLISTED [ ] OTHER:

**b. TERM OF SERVICE (Years)**
Minority

**c. DATE OF ENTRY**
DAY 24   MONTH FEB   YEAR 55

**20. PRIOR REGULAR ENLISTMENTS**
none

**21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE**
SR

**22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE** (City and State)
Seattle, Washington

**23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE** (Street, RFD, City, County and State)
Route 4, Box 250-C Chehalis(Lewis)Wash.

**24. STATEMENT OF SERVICE**

| | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 01 | 05 | 26 |
| | (2) OTHER SERVICE | 00 | 01 | 19 |
| | (3) TOTAL (Line (1) + line (2)) | 01 | 07 | 15 |
| b. TOTAL ACTIVE SERVICE | | 01 | 05 | 26 |
| c. FOREIGN AND/OR SEA SERVICE | | 00 | 09 | 26 |

**25a. SPECIALTY NUMBER AND TITLE**
EM-4689-85

**b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER**
ELECTRICIAN APPRENTICE
7-91.100

**26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED**
NONE

**27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES** (Place and date, if known)
NONE

**28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING, COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED**

| SCHOOL OR COURSE | DATES (From - To) | MAJOR COURSES |
|---|---|---|
| EM Class "A" | 13JUN55 16AUG55 | Electrician |
| MPO (16mm) | 26SEP55 7OCT55 | Motion Picture Operator |

**29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED**
GTC FOR PO

**30a. GOVERNMENT LIFE INSURANCE IN FORCE**
[ ] YES [X] NO

**b. AMOUNT OF ALLOTMENT**
N/A

**c. MONTH ALLOTMENT DISCONTINUED**
N/A

**31a. VA BENEFITS PREVIOUSLY APPLIED FOR** (Specify type)
None

**b. VA CLAIM NUMBER**
C N/A

**32. REMARKS**
NONE
* NOT AVAILABLE FOR SIGNATURE

**33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE** (Street, RFD, City, County and State)
Superintendent
Wash. State. Reformatory, Monroe, Wash.

**34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED**
*

**35a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER**
C."J" CONN, LTJG, USNR, ASS'T PERS OFFICER
BY DIRECTION OF THE C.O.

**b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN**
/s/ C. J. Conn

**DD FORM 214** 1 NOV 55   REPLACES EDITION OF 1 JUL 52, WHICH IS OBSOLETE.

ARMED FORCES OF THE UNITED STATES
REPORT OF TRANSFER OR DISCHARGE

2

Exhibit "B"